```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/12/11
```

**UNITED STATES DISTRICT COURTS**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**BARDEMIRO TATIS PENA, ET AL.**

|                          |                          |
|--------------------------|--------------------------|
| Plaintiffs,              | **STIPULATION**          |
|                          | **OF DISMISSAL**         |
| - against -              | **WITH PREJUDICE**       |
|                          |                          |
| **NORTH PARK SPECIAL, ET AL.,** | **09 CV 6004 (HB) (HP)** |
|                          |                          |
| Defendants.              |                          |

-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the above-captioned action, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-captioned action is dismissed with prejudice and without costs or fees as to any party.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: May _6_, 2011

SERRINS & ASSOCIATES, LLC
Attorneys for Plaintiffs

By: _Ann Macadangdang_          By: _____
Ann Macadangdang                Michael C. Schmidt
233 Broadway, 18th Floor        277 Park Avenue
New York, New York 10279        New York, New York 10172
(212) 384-0202                  (212) 453-3937

COZEN O'CONNOR
Attorneys for Defendants

**SO ORDERED**

_____
**HENRY PITMAN**
**UNITED STATES MAGISTRATE JUDGE**
5 - 12 - 11